IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01283-RBJ

SILBANIO TRUJILLO,

    Plaintiff,

v.

COCA-COLA REFRESHMENTS USA, INC., a Delaware corporation, and
JAMES WHITE, individually,

    Defendants.

## ORDER SETTING TELEPHONE DISCOVERY HEARING

As the judicial assistant informed counsel, I have reviewed the email exchange between counsel (which shouldn't have been copied to Chambers in the first place). She advised you that the Court wanted to hold a hearing, by telephone. That does not appear to have made much of an impression on plaintiff's counsel. Even after receiving that email, the second (of three) plaintiff's lawyers has informed us that she too is unavailable, and that plaintiff's counsel will be available at or after October 20. The issue, or at least one of the issues, appears to be the defendant's desire to have an IME performed on the plaintiff before his surgery which is scheduled for October 21. The Court will conduct a **telephone hearing on October 7, 2014 at 8:30 a.m.** Defense counsel please set up the telephone conference. The Court will hear the matter whether or not plaintiff's counsel are willing to pick up a telephone and participate from wherever they might be.

2

DATED this 3rd day of October, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge